### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                               Case No. 11-11976

v.                                            Hon. Lawrence P. Zatkoff

CITIZENS REPUBLIC BANCORP, INC.,
and CITIZENS BANK

     Defendants.

_____/

### ORDER

     Upon review of the United States of America's Complaint [dkt. 1] and the docket in this matter, the Court will not enter the electronically submitted "Agreed Order" at this time. The Court notes that no attorney has filed a notice of appearance on behalf of Defendants. The Court also notes that Defendants have not filed a "Statement of Disclosure of Corporate Affiliations and Financial Interest" as required by E. D. Mich. L. R. 83.4. Moreover, even absent the foregoing, the Court would not enter the submitted "Agreed Order" because of: (1) its internal inconsistencies, (2) the multiple deficiencies therein, and (3) the absence of a clear indication why it is necessary for the Court to enter this order.

     IT IS SO ORDERED.

                                      s/Lawrence P. Zatkoff_____
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated: May 10, 2011

CERTIFICATE OF SERVICE

        The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 10, 2011.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290