**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

 Plaintiff,

v.                Case No. 11-11976
                   Hon. Lawrence P. Zatkoff

CITIZENS REPUBLIC BANCORP, INC.
And CITIZENS BANK,

 Defendants.

_____/

## ORDER OF DISMISSAL

 Pursuant to the parties' stipulated notice of dismissal, having settled this action pursuant to a settlement agreement [Dkt. 12, Ex. 1], the Government dismisses this case against Defendants with prejudice. As such, pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party bearing its own costs and attorneys' fees.

 **IT IS SO ORDERED.**

Dated: June 28, 2011            S/Lawrence P. Zatkoff
                     Honorable Lawrence P. Zatkoff
                     United States District Judge